44 A.3d 653

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stephen PERSON, Petitioner.**

**No. 30 EM 2012.**

Supreme Court of Pennsylvania.

May 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of May, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.